UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

ELECTRONICALLY FILED

| | |
|---|---|
| JACQUELINE BACHELOR ) | |
| ) | |
| PLAINTIFF ) | |
| ) | Civil Action No. _3:09cv-111-S |
| v. ) | |
| ) | Removed from Jefferson Circuit Court |
| MATTHEW J. CARROLL ) | Division Two (2), Case No. 09-CI-01145 |
| ) | |
| DEFENDANT ) | |
| ———————————————— ) | |

## NOTICE OF REMOVAL

For his notice of removal of this action from the Jefferson Circuit Court, Division Two, to the United States District Court for the Western District of Kentucky, Louisville Division, the Defendant, Matthew J. Carroll (hereinafter "Defendant"), states:

1.     On February 23, 2009, Defendant received a copy of the complaint which was filed in the Jefferson Circuit Court, Division Two, as case number 09-CI-01145.  Copies of all process and pleadings in the state court action are attached hereto in accordance with 28 U.S.C. § 1446(a).

2.     The Plaintiff, Jacqueline Bachelor, is and was at all times relevant hereto, including at the time of the filing of this notice of removal, and at the commencement of case number 09-CI-01145, a resident of the Commonwealth of Kentucky.

3.     Defendant is and was at all times relevant hereto, including at the time of the filing of this notice of removal, and at the commencement of case number 09-CI-01145, a resident of the State of Indiana.

4.      This action is one over which the Court has original jurisdiction under 28 U.S.C. § 1332(a)(1), and is therefore one that the Defendant may remove to this Court pursuant to 28 U.S.C. § 1441(a) because this is an action between citizens of different states.

5.      Based upon the allegations made in the complaint attached hereto, the Defendant believes that the Plaintiff seeks in excess of $75,000.00, exclusive of interest and costs.

6.      This notice of removal is filed within thirty (30) days after the Defendant became aware of the removability of this case, and within one year of the commencement of this action, as is required by 28 U.S.C. § 1446(b).

Respectfully submitted,

s/ Aaron J. Silletto
Charles H. Cassis, Esq.
Aaron J. Silletto, Esq.
Goldberg Simpson, LLC
9301 Dayflower Street
Louisville, KY  40059
ccassis@goldbergsimpson.com
asilletto@goldbergsimpson.com
PH: (502) 589-4440 / FAX: (502) 581-1344
*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I certify that the foregoing document and notice of electronic filing was mailed this 26th day of February, 2009, to the following:

J. Douglas Mory, Esq.
Aaron Whaley, Esq.
Whaley & Mory, PLLC
The Wolf Building
150 South Third Street
Louisville, KY  40202

s/ Aaron J. Silletto
*Counsel for Defendant*