UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

[FILED ELECTRONICALLY]

| | |
|---|---|
| JACQUELINE BACHELOR | ) |
| | ) |
| PLAINTIFF | ) |
| | ) |
| v. | ) Civil Action No. 3:09-CV-111-S |
| | ) |
| MATTHEW J. CARROL | ) |
| | ) |
| and | ) |
| | ) |
| MILLER PIPELINE CORPORATION | ) |
| | ) |
| DEFENDANTS | ) |

### AMENDED COMPLAINT

Comes the Plaintiff, Jacqueline Bachelor, by counsel, and for her Amended Complaint against the above-named Defendants, states as follows:

1. Plaintiff, Jacqueline Bachelor, is and was at all times herein referred to, a resident of Jefferson County, Louisville, Kentucky.

2. On or about November 29, 2007, in Jefferson County, Kentucky the Defendant, Matthew Carroll, operated his motor vehicle in such a careless and negligent manner as to cause the vehicle to strike the vehicle being driven by Jacqueline Bachelor.

3. At the time of the collision referenced in paragraph 2, Matthew J. Carroll was acting within the scope of his employment as an employee of Miller Pipeline Corporation.

4. Miller Pipeline Corporation, was the employer of Defendant Matthew J. Carroll at the time of the collision referenced in paragraph 2 and is therefore responsible for his employment, training, supervision and conduct.

1

5. In addition to its *respondeat superior* liability for the conduct of Matthew J. Carroll, Miller Pipeline Corporation was negligent in its hiring, training, and supervision of Matthew J. Carroll.

6. As a direct and proximate result of the negligence of the Defendants, the Plaintiff was injured in, on and about her body, both temporarily and permanently; incurred medical expenses and will so in the future; lost time from work and impaired her power to labor and earn money, both past and future; was caused to suffer great pain, both mental and physical, past and future to her detriment; all to her damage in an amount which exceeds the jurisdictional minimum of this court.

6. Pursuant to KRS 304.39-062(b), threshold requirements have been met by the Plaintiff in that Plaintiff has incurred over $1,000.00 in medical expenses and sustained serious injuries.

Wherefore, Plaintiff demands as follows:

1. Judgment against the Defendant in an amount which will fairly and reasonably compensate the Plaintiff for her damages alleged herein;

2. Trial by jury;

3. Plaintiff's costs herein expended; and

4. Any and all other relief which the Plaintiff may appear to be entitled, including the right to amend this Amended Complaint, if necessary.

Respectfully submitted,

/s/ *Michael R. McDonner*

Michael R. McDonner
Whaley, Mory & McDonner, PSC
150 South Third Street
Louisville, KY 40202
*Telephone:* (502) 583-4022
*Facsimile:* (502) 589-2825
*E-mail:* mikemcdonner@derbycitylawyers.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 17 day of March, 2009, I electronically filed this document through the ECF System, which will send notice of electronic filing to:

Charles H. Cassis
Aaron J. Silletto
Goldberg Simpson, LLC
9301 Dayflower Street
Louisville, KY 40059

/s/Michael R. McDonner
_____
Michael R. McDonner