UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

ELECTRONICALLY FILED

| | | |
|---|---|---|
| JACQUELINE BACHELOR, | ) | |
| | ) | |
| *Plaintiff* | ) | |
| | ) | Civil Action No. 3:09-CV-111-S |
| v. | ) | |
| | ) | Removed from Jefferson Circuit Court, |
| MATTHEW J. CARROLL and | ) | Division Two (2), Case No. 09-CI-01145 |
| MILLER PIPELINE CORPORATION, | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

**DEFENDANTS' MOTION TO DISMISS**
**FOR FAILURE TO PROSECUTE THIS ACTION**

Come the Defendants, Matthew J. Carroll and Miller Pipeline Corporation, by counsel, pursuant to Rule 41(b) of the Federal Rules of Civil procedure, and move this Court to dismiss this action, with prejudice, due to the Plaintiff's failure to prosecute it. A memorandum of authorities is attached hereto and is incorporated herein by reference.

Respectfully submitted,

s/ Aaron J. Silletto
Charles H. Cassis, Esq.
Aaron J. Silletto, Esq.
Goldberg Simpson, LLC
Norton Commons
9301 Dayflower Street
Prospect, Kentucky 40059
ccassis@goldbergsimpson.com
asilletto@goldbergsimpson.com
PH: (502) 589-4440 / FAX: (502) 581-1344
*Counsel for Defendants*

1

## CERTIFICATE OF SERVICE

I certify that the foregoing document and notice of electronic filing was served via email this 3d day of February, 2010, upon the following CM/ECF participant:

Michael R. McDonner
mikemcdonner@derbycitylawyers.com

s/ Aaron J. Silletto
*Counsel for Defendants*